UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mediplex Rehabilitation of Massachusetts, Inc.,<br><br>Plaintiff<br><br>VS.<br><br>910 Saratoga and 16-20 Trident Streets, LLC and 910 Saratoga and 16-20 Trident Streets Operating Company, LLC,<br><br>Defendant | CIVIL ACTION NO.<br><br>04cv10904RCL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to United States District Court Local Rule 7.3, Defendants, 910 Saratoga and 16-20 Trident Streets, LLC and 910 Saratoga and 16-20 Trident Streets Operating Company, LLC, hereby state that 910 Saratoga and 16-20 Trident Streets, LLC and 910 Saratoga and 16-20 Trident Streets Operating Company, LLC are subsidiaries of THCI Company LLC.

Respectfully submitted,

910 Saratoga and 16-20 Trident Streets, LLC
and 910 Saratoga and 16-20 Trident Streets
Operating Company, LLC,

By its Attorneys

_____
Vincent J. Pisegna  BBO #400560
Anthony J. Cichello  BBO #562826
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: May 6, 2004

## CERTIFICATE OF SERVICE

  I, Anthony J. Cichello, hereby certify that on May 6, 2004, I served the foregoing document via first class mail, postage prepaid upon Richard P. O'Neil, Bodoff & Slavitt LLP, 225 Friend Street, Boston, MA 02114.

_____
Anthony J. Cichello

2019\0004\139219.1