**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No.   04-10904

  Title:   Mediplex Rehabilitation of Massachusetts v. 910 Saratoga and 16-20 Trident Streets LLC, et al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lindsay has been reassigned to Judge   Saris   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials PBS   .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Christine Patch
  Deputy Clerk

Date:   5/25/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                              [ntccsasgn.]