BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE SUN HEALTHCARE )
GROUP, INC. V. THCI ) MDL DOCKET NO. _____
COMPANY LLC )
)

## MOTION OF THCI COMPANY LLC TO TRANSFER AND CONSOLIDATE ACTIONS FOR PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1407, THCI Company LLC ("THCI") hereby moves this Panel for an Order consolidating for pretrial proceedings, in the United States District Court for the District of New Jersey, four actions instituted by Sun Healthcare Group, Inc. ("Sun"), and Sun's subsidiaries and affiliates, against THCI and its subsidiaries. The actions are pending in three different district courts, and involve common issues of fact and law, and they arise from the same transactions and occurrences.

The grounds supporting THCI's motion are set forth in the accompanying memorandum.

Respectfully Submitted,

_[signature: Ronald J. Castle / E.T.]_
Ronald L. Castle
Lisa A. Estrada
Ernest A. Tuckett III
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
202-857-6000

*Counsel for Petitioner THCI Company LLC*

## Schedule I

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SUN HEALTHCARE GROUP, INC. V. THCI COMPANY LLC | MDL DOCKET NO. _____ |

Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, THCI Company LLC provides the following information on the actions that will be affected by this Motion:

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned (if known) |
|---|---|---|---|
| *Sun Healthcare Group, Inc. v. THCI Company, LLC* | New Jersey | 04-cv-01202-HAA-GDH | Judge Harold A. Ackerman |
| *Mediplex of Connecticut, Inc. v. 745 Highland Avenue Operating Co., LLC* | Connecticut | 04-00754 (CFD) | Judge Christopher F. Droney |
| *Mediplex of Massachusetts, Inc. v. Park, Marion and Vernon Streets Op. Co., LLC* | Massachusetts | 04-10903 (RCL) | Judge Reginald C. Lindsay |
| *Mediplex Rehabilitation of Massachusetts, Inc. v. 910 Saratoga and 16-20 Trident Streets, LLC* | Massachusetts | 04-10904 (PBS) | Judge Patti Saris |