UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mediplex Rehabilitation of
 Massachusetts, Inc.
Plaintiff,

        V.                              Civil Action Number
                                             04-10904-PBS

910 Saratoga and 16-20 Trident Streets,
 LLC , et al
Defendants.                                     July 12, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 7/15/05

Summary Judgment Motion filing deadline: 8/15/05

Opposition to Summary Judgment Motions: 9/15/05

Hearing on Summary Judgment or Pretrial Conference: 10/13/05 at 2:00 p.m.

                                                    By the Court,

                                                     /s/ Robert C. Alba
                                                    Deputy Clerk