UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEDIPLEX REHABILITATION OF MASSACHUSETTS, INC.<br>Plaintiff,<br><br>v.<br><br>910 SARATOGA AND 16-20 TRIDENT STREETS, LLC, and 910 SARATOGA AND 16-20 TRIDENT STREETS OPERATING COMPANY, LLC,<br>Defendants. | Case No. 04-10904 (PBS) |

## CORPORATE DISCLOSURE STATEMENT

Sun Healthcare Group, Inc. is the parent, directly or indirectly, of Mediplex Rehabilitation of Massachusetts, Inc., neither of which are publicly traded. Sun Healthcare Group, Inc. has no parent company, itself, and is a publicly traded corporation.

MEDIPLEX REHABILITATION OF
MASSACHUSETTS, INC.

By its attorneys,

*Richard P. O'Neil*
Richard P. O'Neil (645214)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: July 15, 2004

## CERTIFICATE OF SERVICE

I, Richard P. O'Neil hereby certify that on July 15, 2004 I served a copy of plaintiff's corporate disclosure statement by forwarding a copy of same by first-class mail to Anthony J. Cichello, Esq., Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

*Richard P. O'Neil*



**Bodoff & Slavitt** LLP
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

July 15, 2004

**BY HAND DELIVERY**

Clerk, U.S. District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Mediplex Rehabilitation of Massachusetts, Inc. v. 910 Saratoga and 16-20 Trident Street, LLC , and 910 Saratoga and 16-20 Trident Streets Operating Company, LLC</u>
Case No. 04-10904 (PBS)

Dear Sir or Madam:

Pursuant to U.S. District Court Local Rule 7.3, enclosed for filing please find an original and one copy of a Corporate Disclosure Statement with a Certificate of Service in connection with the above-referenced matter. Kindly file the original and return the date-stamped copy to my messenger.

Sincerely yours,

Christine Yancovitz
Paralegal

Enclosures

cc: Anthony J. Cichello, Esq. (w/ enclosures via first-class mail)