

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

July 28, 2004

**BY HAND DELIVERY**

Hon. Patti B. Saris
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Mediplex Rehabilitation of Massachusetts, Inc. v. 910 Saratoga and 16-20
      Trident Street, LLC , and 910 Saratoga and 16-20 Trident Streets Operating
      Company, LLC
      Case No. 04-10904 (PBS)

Dear Judge Saris:

This firm represents the Plaintiff, Mediplex Rehabilitation of Massachusetts, Inc. in the above matter. The purpose of this letter is to advise the Court that the parties have entered into a settlement agreement pursuant to which the complaint and counterclaims in this litigation are to be dismissed with prejudice upon the making of a certain payment that is required to be made on or before August 2, 2004. As part of the parties' agreement, they jointly request that the Court stay all activity in this litigation through and including August 10, 2004, at which time the parties expect to file a notice of dismissal with prejudice.

Sincerely yours,

*Richard P. O'Neil*

Richard P. O'Neil

cc:   Anthony J. Cichello, Esq.