UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                      Civil Action
                                                                      No: 04-10904-PBS

Mediplex Rehabilitation of Massachusetts, Inc.
Plaintiff

v.

910 Saratoga and 16-20 Trident Streets, LLC , and
910 Saratoga and 16-20 Trident Streets Operating Company, LLC
Defendants

### SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                                                       By the Court,

                                                                      /s/ Robert C. Alba
                                                                      Deputy Clerk

July 30, 2004

To: All Counsel