UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEDIPLEX REHABILITATION OF MASSACHUSETTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>910 SARATOGA AND 16-20 TRIDENT STREETS, LLC, and 910 SARATOGA AND 16-20 TRIDENT STREETS OPERATING COMPANY, LLC,<br><br>Defendants. | Case No. 04-10904 (PBS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate and agree that all claims and counterclaims in the above matter shall be dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| MEDIPLEX REHABILITATION OF MASSACHUSETTS, INC.<br>By its attorneys, | 910 SARATOGA AND 16-20 TRIDENT STREETS, LLC, and 910 SARATOGA AND 16-20 TRIDENT STREETS OPERATING COMPANY, LLC,<br>By their attorneys, |
| *Richard P. O'Neil*<br>Joseph S.U. Bodoff<br>Richard P. O'Neil<br>Bodoff & Slavitt LLP<br>225 Friend Street<br>Boston, MA 02114<br>(617) 742-7300 | *Anthony J. Cichello (by RPO)*<br>Anthony J. Cichello, Esq.<br>Krokidas & Bluestein<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 482-7211 |

Dated: August 18, 2004

{00009029.1}


**Bodoff & Slavitt** LLP
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

August 18, 2004

**BY HAND DELIVERY**

Clerk, U.S. District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Mediplex Rehabilitation of Massachusetts, Inc. v. 910 Saratoga and 16-20 Trident Street, LLC , and 910 Saratoga and 16-20 Trident Streets Operating Company, LLC</u>
Case No. 04-10904 (PBS)

Dear Sir or Madam:

Enclosed please find an original and one copy of a Stipulation of Dismissal with Prejudice in connection with the above-referenced matter. Kindly file the original and return the date-stamped copy to my messenger.

Sincerely yours,

*Christine Yancovitz*

Christine Yancovitz
Paralegal

Enclosures

cc:    Anthony J. Cichello, Esq. (w/ enclosure via first-class mail)